THE STATE OF OHIO, APPELLANT, *v.* HINES, APPELLEE.

[Cite as *State v. Hines*, 135 Ohio St.3d 134, 2012-Ohio-5908.]

(No. 2012–0371—Submitted December 13, 2012—Decided December 18, 2012.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Gardner*, 135 Ohio St.3d 99, 2012-Ohio-5683, 984 N.E.2d 1025.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

KENNEDY, J., not participating.

Mathias H. Heck Jr., Montgomery County Prosecuting Attorney, and R. Lynn Nothstine, Assistant Prosecuting Attorney, for appellant.

Kristine E. Comunale, for appellee.